**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**CLARK STREET**                                                                         **PLAINTIFF**

**VS.**                                                   **CAUSE NO. 4:06cv76**

**STUART SMITH AND
ANDREW SACKS**                                                       **DEFENDANTS**

*CONSOLIDATED WITH*

**STUART H. SMITH,
ANDREW B. SACKS,
ANDREW B. SACKS, P.C. &
SACKS & SMITH, LLC**

**versus**                                                     **CAUSE NO. 4:06cv76**

**WALTER CLARK STREET,
FRANKLIN WINSTON STREET,
WANDA STREET, STREET LEGAL
SERVICES, LLC., LITIGATION
SUPPORT GROUP, LITIGATION
SUPPORT & RESEARCH SERVICES,
LLC, J. MARQUE MOORE and
DAVID L. MARTINDALE**

---

**AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE**

---

This cause having come on to be heard this date on joint motion for an Agreed Judgment of Dismissal With Prejudice, and upon announcement of compromise and settlement and accord and satisfaction as to all issues and claims between the parties herein and without admission of liability in any respect which includes covenants of confidentiality, and the Court having considered the evidence and being duly advised in the premises herein finds that said motion is well taken and should therefore be granted. It is therefore

ORDERED AND ADJUDGED that the above styled and numbered causes be and the same hereby is dismissed with prejudice with each party to pay their respective costs.

SO ORDERED AND ADJUDGED, this the 19th day of March, 2007.

                                                /S/ TOM S. LEE
                                                UNITED STATES DISTRICT COURT JUDGE

APPROVED AS TO CONTENT AND FORM:

   /s/ April C. Ladner
April C. Ladner, Esq.
      ATTORNEY FOR WALTER CLARK
      STREET, FRANKLIN WINSTON
      STREET, WANDA STREET, STREET
      LEGAL SERVICES, LLC., LITIGATION
      SUPPORT GROUP, LITIGATION
      SUPPORT & RESEARCH SERVICES,
      LLC, J. MARQUE MOORE and
      DAVID L. MARTINDALE

   /s/ Val P. Exnicios
Val P. Exnicios, Esq.
      ATTORNEY FOR STUART H. SMITH,
      ANDREW B. SACKS, ANDREW B.
      SACKS, P.C. & SACKS & SMITH, LLC